UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHICO D. LEE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 4:02CV1741 RWS |
| | ) |
| DON ROPER, | ) |
| | ) |
| Respondent. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Chico Lee's pro se petition for writ of habeas corpus under 28 U.S.C. § 2254 [#4]. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Frederick R. Buckles, who filed his Report and Recommendation on October 12, 2005 [#15]. It is Judge Buckles' recommendation that the petition be denied and that no certificate of appealability be issued. Lee timely filed his objections to the Report and Recommendation [#17]. Under 28 U.S.C. § 636(b)(1)(C), I am required to review de novo those portions of the Report and Recommendation to which Lee objects.

I have conducted a de novo review of all matters relevant to the petition. Based on that review, I will adopt and sustain Judge Buckles' Report and Recommendations and will deny Lee's petition.

Accordingly,

**IT IS HEREBY ORDERED** that Lee's petition for habeas corpus under 28 U.S.C. § 2254 [#4] is **DENIED.**

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

A separate judgment in accordance with this Memorandum and Order is entered this same date.

Dated this <u>3rd</u> Day of January, 2006.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE